

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00040-CV

| | | |
|---|---|---|
| City of Grapevine and Grapevine Board of Adjustment | § | From the 141st District Court |
| | § | of Tarrant County (141-254547-11) |
| v. | § | September 19, 2013 |
| CBS Outdoor, Inc. | § | Opinion by Justice Meier |

## JUDGMENT ON REHEARING

After reviewing Appellee's motion for rehearing and motion for en banc consideration, we deny both motions. We withdraw our May 2, 2013 opinion and judgment and substitute the following.

This court has again considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the order of the trial court is affirmed in part and reversed in part. We reverse that portion of the trial court's order denying the City's plea to the jurisdiction as to CBS's claims for judicial review, injunctive relief, due process, declaratory relief, and attorneys' fees and render judgment that CBS take nothing on those claims. We affirm that

portion of the trial court's order denying the City's plea as to CBS's inverse condemnation claim.

It is further ordered that Appellee CBS Outdoor, Inc. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _____
Justice Bill Meier